IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT J. MOORE and <br> SHELLEY S. MOORE, <br>     Plaintiffs, <br><br> vs. <br><br> SETERUS, INC. and FEDERAL <br> NATIONAL MORTGAGE <br> ASSOCIATION, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )     CIVIL ACTION NO. 15-00612-KD-M <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date granting Defendants Seterus, Inc. and Federal National Mortgage Association's motion for summary judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiffs Scott J. Moore and Shelley S. Moore.

    **DONE** this 16th day of December 2016.

                                                 **s/ Kristi K. DuBose**
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**